month, and as so modified affirmed, without costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

MAX MILLER, Respondent, v. JACOB SEVILLE and MAX JONAS, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

JAMES W. BROWN, Public Administrator of the County of Bronx and Administrator, etc., of FRANK DOUGLAS FULMER, Respondent, v. MURTHA & SCHMOHL Co., INC., and HENRY ASPESI, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

J. P. MULLER & Co. v. PIERRE L. FRAILEY.—Application denied, with ten dollars costs, and stay vacated. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

101 WEST KINGSBRIDGE ROAD CORPORATION v. OSCAR HAAS.—Application granted. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

WERTHEIMER-WEILL, INC., v. CITY INSURANCE COMPANY OF PENNSYLVANIA.— Application denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

PERLIE P. FALLON v. BECK HAZZARD, INC.—Application denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

SARA WELT KAKELS, Respondent, v. PHILIP POLLAK and Another, Defendants, Impleaded with GEORGE LAWRIE REALTY COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

SARA WELT KAKELS, Respondent, v. PHILIP POLLAK and Another, Defendants, Impleaded with GEORGE LAWRIE REALTY COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

JULIUS O. BERMAN, Respondent, v. PAUL A. MOSESIAN & SON, INC., Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Estate of CAROLINE W. FRAME, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed on or before April 20, 1931, with notice of argument for May 5, 1931. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

ALPHA SILK THROWING Co., INC., a New Jersey Corporation, v. H. FUJIMURA & Co., INCORPORATED, a New York Corporation, and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed so appeal can be argued or submitted on or before April 17, 1931. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

JAMES W. BROWN, as Administrator, etc., of DAVID NAYAR, Deceased, v. HOLTZ RESTAURANT CORPORATION and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed so appeal can be argued or submitted on or before April 17, 1931. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

JOSEPH M. KLEIN v. WILLIAM R. KLEIN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed so